1
 Hertz Corporation, Petitioner v. Stanislav Babayev and Oleg Chikov, Respondents No. 24SC183
Supreme Court of Colorado, En Banc
December 24, 2024
 
           Court
 of Appeals Case No. 23CA117
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether,
 after the legislative abrogation of Passamano v.
 Travelers Indemnity Co., 882 P.2d 1312 (Colo. 1994), a
 "motor vehicle rental company" may be considered a
 statutory or de facto "insurer," where its rental
 agreement incidentally offers customers the option of
 purchasing insurance coverage provided by a licensed,
 third-party insurer under the rental company's own
 pre-existing policy with that insurer.